**Order entered September 23, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00938-CV**

**IN RE JAMES ALAN BARNES, ET AL., Relators**

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-15204**

**ORDER**
Before Justices Molberg, Pedersen, III, and Garcia[1]

Before the Court is relators' September 21, 2022 Petition for Writ of Mandamus wherein relators challenge the trial court's September 20, 2022 orders on Plaintiffs' Motions to Quash Depositions on Written Questions.

Based on our review, relators' petition is not properly certified. *See* TEX. R. APP. P. 52.3(j). Further, rule 52.7(a)(2) required relators to file with their petition "a properly authenticated transcript of any relevant testimony from any underlying proceeding, including any exhibits offered in evidence, or a statement that no testimony was adduced in connection with the matter complained." TEX. R. APP. P.

---

[1] Justice Pedersen would deny mandamus relief without requesting a response. His dissenting opinion will follow.

52.7(a)(2). Relators' petition and the record reflect that the trial court held a hearing on relators' motions to quash on November 12, 2021. The record further reflects that the matter complained of may have been addressed at a May 2, 2022 hearing. Relators have not filed a properly authenticated transcript of any testimony from either hearing, nor have relators provided a statement that no testimony was adduced in connection with the matter complained of at either hearing. *See id*.

Further, the appendix in relators' petition and mandamus record contain unredacted sensitive information, including a minor's full name, in violation of Texas Rules of Appellate Procedure 9.9. See TEX. R. APP. P. 9.9.

Accordingly, we **STRIKE** relator's Petition for Writ of Mandamus, including its attached appendix, and relators' Mandamus Record.

We also **GRANT** relators leave to re-file a petition and appendix that complies with the Texas Rules of Appellate Procedure by 5:00 p.m. on **September 28, 2022**. We **CAUTION** relators that failure to re-file the petition and appendix as permitted by this order might result in the dismissal of this cause without further notice.

Also before the Court is relators' Emergency Motion for Temporary Stay of Proceedings. The motion is **GRANTED** in part and **DENIED** in part. To the extent the motion seeks a stay of the trial court's September 20, 2022 Order

Denying Plaintiffs' Motion to Quash Deposition on Written Questions to Thelma Lopez-Lira, M.D.; Order Denying Plaintiffs' Motion to Quash Deposition on Written Questions to Burton A. Kittay; and Order Denying Plaintiffs' Motion to Quash Deposition on Written Questions to Rani Pediatrics, we **GRANT** the motion. To the extent the motion seeks any other relief, including a stay of all trial court proceedings pending the resolution of this original proceeding, we **DENY** that part of the motion.

The Court requests that real parties in interest and respondent file a response, if any, to the petition for writ of mandamus by **October 12, 2022**.

/s/ DENNISE GARCIA
JUSTICE